**DISMISS: Opinion issued December 17, 2012**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00680-CV

**ELIAS THOMPSON, Appellant**

**V.**

**HSBC BANK USA NATIONAL ASSOCIATION, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01436**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion By Justice Moseley

By order dated November 30, 2012, the Court informed appellant that it had received notice from the district clerk's office that the clerk's record had not been filed because appellant had not paid the fee for the record. We ordered appellant to provide the Court, within ten days, with either written verification that the fee had been paid or written documentation that he is entitled to proceed without payment of costs. We cautioned appellant that if the Court did not receive the required documentation within the time specified, we would dismiss the appeal for want of prosecution.

As of today's date, the Court has not received a response from appellant. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b) & (c).

JIM MOSELEY
JUSTICE

120680F.P05